IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL PALMER,

     Appellant,

 v.

                                           Case No.  5D22-1048
                                           LT Case No. 1994-CF-2012-B

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 14, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Michael Palmer, Miami, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and TRAVER, JJ., concur.